1062

No. 04–1393. PORTER v. ASCENSION PARISH SCHOOL BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1399. FRANK v. HARRIS COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 04–1417. BIRT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–1418. WHITT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–1436. SHANK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–1437. SCHNEIDER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–1450. ANDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6120. PEARL v. CASON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–7033. SNYDER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 04–7520. JAYNE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–7875. DUKE v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 04–7893. SOLACHE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–7910. DOSS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–7940. SAMS v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 04–7990. HACKETT v. FOLINO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL. C. A. 3d Cir. Certiorari denied.